**ZION GROVE MISSIONARY BAPTIST CHURCH, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, Defendant.**

**No. WD 51044.**

Missouri Court of Appeals,
Western District.

March 19, 1996.

M. Corinne Corley, Corley Law Firm, Kansas City, for appellant.

Kathleen A. Hauser, City Attorney, Sharon K. Euler, Asst. City Attorney, Kansas City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and HANNA, JJ.

### *ORDER*

PER CURIAM.

Zion Grove Missionary Baptist Church appeals the summary judgment against its peti-tion collaterally attacking taxes assessed against its property.

Judgment affirmed. Rule 84.16(b).

All concur.